STATE of Missouri, Respondent,

v.

David G. BONNER, Appellant.

No. WD 47476.

Missouri Court of Appeals, Western District.

Feb. 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1994.

Application to Transfer Denied April 26, 1994.

Andrew C. Webb, Sedalia, for appellant.

Robert R. Sterner, Pros. Atty., Callaway County, Fulton, for respondent.

Before KENNEDY, P.J., and ULRICH and SPINDEN, JJ.

ORDER

PER CURIAM:

David G. Bonner appeals his convictions of driving while intoxicated and failure to keep his automobile to the right. We affirm the judgment. Rule 30.25(b).